No. 72–1180. OLD DOMINION BRANCH No. 496, NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL–CIO, ET AL. *v.* AUSTIN ET AL. Appeal from Sup. Ct. Va. [Probable jurisdiction noted, 412 U. S. 917.] Motion of appellants for additional time for oral argument denied. Motion of appellees for divided argument granted.

No. 72–1188. SCHLESINGER, SECRETARY OF DEFENSE, ET AL. *v.* RESERVISTS COMMITTEE TO STOP THE WAR ET AL. C. A. D. C. Cir. [Certiorari granted, *sub nom. Richardson* v. *Reservists Committee to Stop the War,* 411 U. S. 947.] Motion of the Solicitor General for additional time for oral argument granted and 15 additional minutes allotted for that purpose. Respondents also allotted 15 additional minutes for oral argument.

No. 72–1318. KRAUSE, ADMINISTRATOR, ET AL. *v.* RHODES, GOVERNOR OF OHIO, ET AL. C. A. 6th Cir. [Certiorari granted, 413 U. S. 919.] Motion of petitioners for additional time for oral argument denied.

No. 72–5847. ALEXANDER *v.* GARDNER-DENVER CO. C. A. 10th Cir. [Certiorari granted, 410 U. S. 925.] Motion of the Chamber of Commerce of the United States for leave to participate in oral argument as *amicus curiae* denied.

No. 72–6580. OPERATIVE PLASTERERS & CEMENT MASONS INTERNATIONAL UNION LOCAL 685, AFL–CIO *v.* TEXACO INC. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied without prejudice to file printed petition in conformity with Rule 39 of the Rules of this Court and to pay the Clerk's costs on or before November 14, 1973.